UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STREAM COMPANIES, INC., | : |
| Plaintiff, | : |
| v. | : 12-CV-4549 |
| WINDWARD ADVERTISING, CORY LORENZ, & MICHAEL CRESTA, | : |
| Defendants. | : |

## ORDER

AND NOW, this _13th_ day of August, 2012, for purposes of the parties preparing for a hearing on Plaintiff Stream Companies, Inc.'s Motion for Preliminary Injunction, **IT IS HEREBY ORDERED THAT**:

1. Windward, Cory Lorenz, and Michael Cresta must immediately preserve all evidence relating to allegations of the Complaint. This preservation must include, but is not limited to, the following actions:

    a) Immediate termination of all auto-delete functions on Defendants' computers, personal and work email accounts, exchanges, personal and work cell phones, and back-up systems;

    b) Electronic forensic imaging of Defendants' computer hard drives, portable devices, CDs, DVDs, exchanges, personal and work cell phones, servers, and back-up systems, including personal and work computers as well as all email accounts; and

    c) Preservation of all social media electronic information, including, but not limited to, comments and postings both by Defendants and/or third parties on any

1

Facebook, LinkedIn, or other social media website in which Defendants are the registered user or an authorized user.

2. The parties will engage in discovery immediately upon receipt of this Order for purposes of preparing for a preliminary injunction hearing;

3. Within five days of the date of this Order, Windward, Cory Lorenz, and Michael Cresta must produce all electronic images as identified in paragraph 1 to Stream and its agents for inspection and computer forensic analysis;

4. Within fourteen days of the date of this Order, Defendants must produce a written log identifying each and every person whom Defendants, their agents, or employees spoke with, contacted, or attempted to contact, including Stream clients, concerning or using Stream's electronic files, data, and/or electronic information. This log also must include the date of each such contact or attempt, the substance of the communication, and any and all documents relating to the communication;

5. Within fourteen days of the date of this Order, Defendants must provide a written list identifying which third parties from the lists attached to Plaintiff's Motion for a Preliminary Injunction as Exhibits A and B that Defendants have contacted from March 2012 through the present for purposes of soliciting marketing and advertising services;

6. Within fourteen days of the receipt of Interrogatories, the recipients must serve answers and objections to same;

7. Within fourteen days of receipt of Requests for Production of Documents, the recipients must serve answers and objections, and produce for inspection and copying all responsive documents;