IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STREAM COMPANIES, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 12-cv-4549 |
| v. | : | |
| WINDWARD ADVERTISING, CORY LORENZ and MICHAEL CRESTA, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 21st day of August, 2012, upon consideration of Plaintiff's Emergency Motion to Compel Expedited Discovery (Dkt. No. 6), it is hereby ORDERED that said Motion is GRANTED as follows:

1. Defendants shall deliver cell phone information as required under ¶ 9 of the Court's August 13, 2012 Order, and forensic images as required under ¶ 3 of said Order (Dkt. No. 5), by **3:00 p.m. on Monday, August 27, 2012**.

2. Should Defendants fail to comply with the above directive, the Court shall impose a fine in the amount of three thousand dollars ($3,000) per day until such date as those paragraphs of the August 13, 2012 Order have been satisfied.

BY THE COURT:

/s/ C. Darnell Jones, II

C. DARNELL JONES, II      J.