# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STREAM COMPANIES, INC.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 12-cv-4549 |
| | : | |
| **WINDWARD ADVERTISING, et. al.** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this  17th  day of July, 2013, upon consideration of Plaintiff's "First Motion for Sanctions" (Doc. No. 63) and "Motion for Civil Contempt" (Doc. No. 69), Defendant's Responses thereto (Doc. Nos. 66, 73), and the Court having conducted a Preliminary Show Cause Hearing, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's "First Motion for Sanctions" (Doc. No. 63) is **GRANTED in PART**. Stream shall submit their billing records, and/or an affidavit, within 14 days of this Order setting forth their fees and expenses incurred as a result of:

    (a) Defendants spoliation of emails, and

    (b) Defendants late and deficient production of two iPads and one iPhone.

    Defendants shall have seven days thereafter to respond.

2. Defendants Cory Lorenz, Michael Cresta, Joe Chambers, and Gerry Summers shall appear before the Honorable C. Darnell Jones, II , to show cause why the parties should not be held in contempt for failing to comply with this Court's Discovery Orders and Preliminary Injunction Order. The Show Cause Hearing

will be scheduled by the Honorable C. Darnell Jones, II, in a future order.[1]

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] Attached are four Exhibits. To protect any confidential or privileged information contained in these documents, the Exhibits have been filed under seal.